UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GONG.IO, INC.

                Plaintiff(s)

v.

HYPERDOC INC. d/b/a RECALL.AI

                Defendant(s)

CASE No C 5:25-cv-01026-JNW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: 60 days after the answer is filed

Date: 5/27/2025                /s/ Raghav R. Krishnapriyan
                                    Attorney for Plaintiff

Date: 5/27/2025                /s/ Timothy C. Saulsbury
                                    Attorney for Defendant

---

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: _____

U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

## ECF ATTESTATION

I, Raghav Krishnapriyan, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document on whose behalf this filing is submitted concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 27, 2025.                             /s/ Raghav Krishnapriyan
                                                                      Raghav Krishnapriyan

4158-3314-7961