```
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522
```

*Attorneys for Defendant*
HYPERDOC INC. d/b/a RECALL.AI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GONG.IO, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYPERDOC INC. d/b/a RECALL.AI,<br><br>　　　　　Defendant. | Case No. 5:25-cv-1026-NW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:  Hon. Noël Wise<br><br>Action Filed:  01/31/2025 |

STIPULATION TO EXTEND TIME
CASE NO. 3:25-cv-1026-NW

sf-6765543

Pursuant to Civil Local Rule 6-1(a), Plaintiff Gong.io, Inc. ("Gong") and Defendant Hyperdoc Inc. d/b/a Recall.ai ("Recall.ai"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 22, 2025, Gong served the Complaint (Dkt. No. 1) on Recall.ai;

WHEREAS, the current deadline for Recall.ai to respond to the Complaint is June 12, 2025;

THEREFORE, the parties hereby stipulate to extend Recall.ai's deadline to respond to the Complaint to June 16, 2025.

Dated: June 3, 2025                           ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Raghav Krishnapriyan*
   Raghav Krishnapriyan

*Attorney for Plaintiff Gong.io, Inc.*


Dated: June 3, 2025                           MORRISON & FOERSTER LLP


By: */s/ Timothy Chen Saulsbury*
   Timothy Chen Saulsbury

*Attorney for Defendant
Hyperdoc Inc. d/b/a Recall.ai*

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, I hereby attest that all other signatories to this document concur with the filing of this document.

                                                  */s/ Timothy Chen Saulsbury*
                                                      Timothy Chen Saulsbury

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 3, 2025, I caused a copy of the foregoing document to be filed with the Clerk of the Court using CM/ECF which will send notifications of such filing to all counsel of record.

                                                 */s/ Timothy Chen Saulsbury*
                                                      Timothy Chen Saulsbury