# EXHIBIT B

## Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409

The chart below demonstrates how Recall.ai's bots infringe claim 1 of U.S. Patent No. 9,699,409 ("the '409 patent") by recording web conferences, based on Gong's preliminary review of publicly-available information. Gong reserves all rights to revise the chart or analysis based on additional information it learns, any response by Recall.ai, obtains new evidence, or for any other reason. The identified structures, screenshots, and steps are examples, not limits, and it should be understood that additional such structures, screenshots, and steps may be identified for each claim element. This analysis focuses on claim 1 for illustration only; Gong may assert other claims or patents against Recall.ai as warranted. By providing this chart, Gong does not waive any rights and may supplement its chart as new facts or evidence emerge.

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **1[pre]** A method of conference recording, comprising the steps of | To the extent the preamble is limiting, Recall.ai provides a method of conference recording.<br><br>For example, Recall.ai instructs users on "how to send a bot to a meeting and retrieve the recording":<br><br><br><br>(Recall.ai, *Quickstart: Record a meeting using a bot,* https://docs.recall.ai/docs/quickstart (last visited June 24, 2025)). |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd: 1[pre]** A method of conference recording, comprising the steps of | Recall.ai's instructions also give steps for recording a meeting with the Recall service, including:<br><br>## 4. Talk for a little bit<br><br>While you and the bot are in the meeting, make sure to turn on your video or talk for a little bit. This way, there will be actual content in the video recording the bot produces for you to look at after.<br><br>## 5. End the meeting<br><br>Once you feel like there is enough content in the meeting, end the meeting. The bot will automatically leave.<br><br>## 6. Wait for `done`<br><br>Once the meeting is done, Recall begins processing the video recording. This typically takes less than 10 seconds no matter the length of the meeting.<br><br>When the recording is ready to be downloaded, the bot status changes to `done`.<br><br>The best way to retrieve this is via webhooks. See the Webhook Overview for details.<br><br>If you can't use webhooks for some reason, you can manually poll Retrieve Bot to see the bot status.<br><br>(Recall.ai, *Quickstart: Record a meeting using a bot,* https://docs.recall.ai/docs/quickstart (last visited June 24, 2025)). |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---------|--------------------------|
| **Cont'd:** **1[pre]** A method of conference recording, comprising the steps of | Recall.ai's instructions also give steps for retrieving a meeting recording with the Recall service, including: |

> ## 7. Retrieve the recording
>
> To retrieve the recording the bot created, use the [Retrieve Bot] endpoint.
>
> - Swap the `$RECALLAI_API_KEY` placeholder in `Authorization` with your API key
> - Swap the `$RECALLAI_REGION` placeholder with the region associated with your Recall account (e.g. `us-west-2`, `us-east-1`, `eu-central-1`, or `ap-northeast-1`)
> - Swap the Bot ID with the id you saved in Step 3.
>
> cURL
>
> ```
> curl -X GET https://$RECALLAI_REGION.recall.ai/api/v1/bot/$BOT_ID \
>      -H 'Authorization: Token $RECALLAI_API_KEY'
> ```

> The response will contain a lot of data about the meeting, but for now we'll focus on retrieving the mp4 recording. The `recordings` array in the response will contain a list of the recordings associated with this bot. In this case there's just one recording.
>
> The mp4 recording itself is located in the `video_mixed` object in the `media_shortcuts` field of the recording object. In the `data` field, you'll see a `download_url`. Copy and paste this URL into your web browser to view.

(Recall.ai, *Quickstart: Record a meeting using a bot*, https://docs.recall.ai/docs/quickstart (last visited June 24, 2025)).

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[pre]** A method of conference recording, comprising the steps of | Recall.ai's instructions also give steps for accessing or retrieving a meeting recording with the Recall service, including:<br><br>## Receive a Recording<br><br>To get a recording of a meeting, call the Retrieve Bot endpoint after you receive the `done` bot status change webhook event.<br><br>This will return an MP4 file in the response, under the `video_url` field. The link expires every 6 hours, so you will need to call Retrieve Bot again after an hour to get the fresh MP4 link.<br><br>The recommended flow is to download the MP4 file from the link and upload it into your own storage, as we delete all bot media after 7 days.<br><br>(Recall.ai, *Receive a Recording*, https://web.archive.org/web/20250512184120/https://docs.recall.ai/docs/receive-a-recording). |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---------|--------------------------|
| **Cont'd: 1[pre]** A method of conference recording, comprising the steps of | Recall.ai's instructions also give steps for fetching or downloading a meeting recording with the Recall service, including:<br><br>**Video and Audio**<br><br>Recall bots generate a recording that can be accessed in the `media_shortcuts` field of the bot when fetched from Retrieve Bot or List Bots. The field will contain a pre-signed S3 URL that you can use to display the video in your application.<br><br>For real-time applications, you can leverage websockets for accessing raw video and audio streams in real-time<br><br>(Recall.ai, *Getting Started with Recall*, https://docs.recall.ai/docs/getting-started (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd: 1[pre]** A method of conference recording, comprising the steps of | Recall.ai's instructions also give steps for starting or stopping a meeting recording with the Recall service, including:<br><br>**Start & Stop Recording**<br><br>Start Recording triggers the bot to start recording. If a bot is already recording when this endpoint is called, a *new* recording will begin, overwriting the old recording.<br><br>Stop Recording stops the current recording of the bot and creates a new recording entry in the `recordings` field of the bot.<br><br>(Recall.ai, *Recording Control*, https://docs.recall.ai/docs/recording-control (last visited June 24, 2025).)<br><br>As reflected in the above instructions, Recall.ai actively induces infringement by instructing and encouraging its customers to perform the claimed method.<br><br>Recall.ai induces infringement under 35 U.S.C. § 271(b) by providing the Accused Product, which are sold and specifically configured to infringe, as explained in this chart, to end-user customers in the United States. Recall.ai actively instructs and encourages its end-user customers on how to use the Accused Product, including through its API Documentation and Guides, tutorials, and advertising.<br><br>When used as instructed, Recall.ai's end-user customers use these products to practice the method of the '409 patent and directly infringe Claim 1 of the patent. Recall.ai induces such infringement by providing the Accused Product and instructions, knowing of the '409 patent. Recall.ai specifically intends that its actions will result in infringement of Claim 1 of the '409 patent, or subjectively believes that there is a high probability that facts constituting direct infringement of Claim 1 exist but has taken deliberate actions to avoid learning of those facts. |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| | |
| **1[a]** identifying a plurality of virtual conferences being operated by a conferencing system connected to a communications network, the virtual conferences having human participants; | Recall.ai provides a method of conference recording that comprises identifying a plurality of virtual conferences being operated by a conferencing system connected to a communications network, the virtual conferences having human participants. <br><br> For example, Recall.ai instructions give steps for scheduling a meeting recording with the Recall service, including: <br><br>  <br><br> (Recall.ai, *Bot Fundamentals*, https://docs.recall.ai/docs/bot-fundamentals (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[a]** identifying a plurality of virtual conferences being operated by a conferencing system connected to a communications network, the virtual conferences having human participants; | **Automatically schedule bots to calendar events**<br><br>The Recall calendar integration allow you to automatically schedule bots to send your users' calendar events, keeping scheduled bots in sync with any calendar changes.<br><br>For more information, check out our getting started guide here.<br><br>**Adding a bot email address to the meeting event**<br><br>Another benefit of the Recall calendar integration is that it enables your users to add bots to meetings through inviting an email, just like you would any other participant.<br><br>To enable this flow, see these instructions.<br><br>(Recall.ai, *Bot Fundamentals*, https://docs.recall.ai/docs/bot-fundamentals (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:** **1[a]** identifying a plurality of virtual conferences being operated by a conferencing system connected to a communications network, the virtual conferences having human participants; | For example, Recall.ai instructions give steps for syncing events to coordinate a meeting recording with the Recall service, including: <br><br>  <br><br> (Recall.ai, *Scheduling Guide*, https://docs.recall.ai/docs/scheduling-guide (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:** <br> **1[a]** identifying a plurality of virtual conferences being operated by a conferencing system connected to a communications network, the virtual conferences having human participants; | For example, Recall.ai instructions give steps for integrating calendars to facilitate a meeting recording with the Recall service, including: <br><br>  <br><br> (Recall.ai, *Integration Guide*, https://docs.recall.ai/docs/calendar-v1-integration-guide (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br><br>**1[a]** identifying a plurality of virtual conferences being operated by a conferencing system connected to a communications network, the virtual conferences having human participants; | For example, Recall.ai instructions give options for two different ways to schedule a meeting recording with the Recall service, including:<br><br>### 7. Schedule bots to calendar events<br><br>There are a couple of options here:<br><br>**Recall Managed Scheduling (Recommended)**<br><br>Use Recall's scheduling endpoints to add/remove bots from calendar events with deduplication support. Please refer to the Scheduling Guide for more details.<br><br>**Self Managed Scheduling**<br><br>With this option the API consumers can use the existing Create Bot & Delete Bot endpoints in combination with `meeting_url` & `start_time` values from a calendar event to add/remove bots to calendar events. This means the API consumer is responsible for managing the relationship b/w bots and calendar events completely on their end and handles cases such as de-duplication, event re-schedule/delete etc.<br><br>(Recall.ai, *Integration Guide*, https://docs.recall.ai/docs/calendar-v2-integration-guide (last visited June 24, 2025).)<br><br>As reflected in the above instructions, Recall.ai actively induces infringement by instructing and encouraging its customers to perform the claimed method.<br><br>Recall.ai induces infringement under 35 U.S.C. § 271(b) by providing the Accused Product, which are sold and specifically configured to infringe, as explained in this chart, to end-user customers in the United States. Recall.ai actively instructs and encourages its end-user customers on how to use the Accused Product, including through its API Documentation and Guides, tutorials, and advertising. |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:** **1[a]** identifying a plurality of virtual conferences being operated by a conferencing system connected to a communications network, the virtual conferences having human participants; | When used as instructed, Recall.ai's end-user customers use these products to practice the method of the '409 patent and directly infringe Claim 1 of the patent. Recall.ai induces such infringement by providing the Accused Product and instructions, knowing of the '409 patent.  Recall.ai specifically intends that its actions will result in infringement of Claim 1 of the '409 patent, or subjectively believes that there is a high probability that facts constituting direct infringement of Claim 1 exist but has taken deliberate actions to avoid learning of those facts. |
| **1[b]** executing a plurality of virtual participant processes in a processor; | Recall.ai provides a method of conference recording that comprises executing a plurality of virtual participant processes in a processor. |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[b]** executing a plurality of virtual participant processes in a processor; | For example, Recall.ai supports multiple bots and gives instructions for utilizing multiple bots for a meeting recording with the Recall service, including:<br><br><br><br>(Recall.ai, *Bot Fundamentals*, https://docs.recall.ai/docs/bot-fundamentals (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---------|--------------------------|
| **Cont'd:**<br>**1[b]** executing a plurality of virtual participant processes in a processor; | **Automatically schedule bots to calendar events**<br><br>The Recall calendar integration allow you to automatically schedule bots to send your users' calendar events, keeping scheduled bots in sync with any calendar changes.<br><br>For more information, check out our getting started guide here.<br><br>**Adding a bot email address to the meeting event**<br><br>Another benefit of the Recall calendar integration is that it enables your users to add bots to meetings through inviting an email, just like you would any other participant.<br><br>To enable this flow, see these instructions.<br><br>(Recall.ai, *Bot Fundamentals*, https://docs.recall.ai/docs/bot-fundamentals (last visited June 24, 2025).)<br><br>**Getting Started with Recall**<br><br>Record meetings, stream audio and video, generate transcripts, and so much more.<br><br>Recall is a unified API for meeting bots.<br><br>Through Recall's API and fully managed bot infrastructure, you can easily white-label bots and send them to meetings to capture the audio, video, transcriptions, and metadata from the meeting - all through a simple API.<br><br>For a list of all supported meeting platforms, see *Meeting Platforms*.<br><br>(Recall.ai, *Getting Started with Recall*, https://docs.recall.ai/docs/getting-started (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[b]** executing a plurality of virtual participant processes in a processor; | As reflected in the above instructions, Recall.ai actively induces infringement by instructing and encouraging its customers to perform the claimed method.<br><br>Recall.ai induces infringement under 35 U.S.C. § 271(b) by providing the Accused Product, which are sold and specifically configured to infringe, as explained in this chart, to end-user customers in the United States. Recall.ai actively instructs and encourages its end-user customers on how to use the Accused Product, including through its API Documentation and Guides, tutorials, and advertising.<br><br>When used as instructed, Recall.ai's end-user customers use these products to practice the method of the '409 patent and directly infringe Claim 1 of the patent. Recall.ai induces such infringement by providing the Accused Product and instructions, knowing of the '409 patent. Recall.ai specifically intends that its actions will result in infringement of Claim 1 of the '409 patent, or subjectively believes that there is a high probability that facts constituting direct infringement of Claim 1 exist but has taken deliberate actions to avoid learning of those facts. |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **1[c]** registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface; and; | Recall.ai provides a method of conference recording that comprises registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface.<br><br>For example, Recall.ai instructions give steps for registering the bot as a co-participant for a meeting recording with the Recall service, including:<br><br>### 4. Talk for a little bit<br>While you and the bot are in the meeting, make sure to turn on your video or talk for a little bit. This way, there will be actual content in the video recording the bot produces for you to look at after.<br><br>(Recall.ai, *Quickstart: Record a meeting using a bot*, https://docs.recall.ai/docs/quickstart (last visited June 24, 2025).)<br><br>## Signed-In Google Google Meet Bots<br>Sign in your Google Meet bots to a Google Account<br><br>By default the Google Meet bot will join meeting as guest participant.<br><br>(Recall.ai, *Signed-In Google Google Meet Bots*, https://docs.recall.ai/docs/google-meet-login-getting-started (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---------|--------------------------|
| **Cont'd:**<br>**1[c]** registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface; and; | For example, Recall.ai instructions give steps for registering the bot as a co-participant in a Zoom meeting for a meeting recording with the Recall service, including:<br><br><br><br>(Recall.ai, *Getting Started: Zoom Bots*, https://docs.recall.ai/docs/set-up-zoom (last visited June 24, 2025).) |

---

[1] This screenshot shows how a programmer can instruct a Recall.ai bot to perform actions by sending a request to Recall.ai's API.  By contrast, details regarding ways in which the Recall.ai bot in turn joins videoconferences are discussed below.

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:** <br> **1[c]** registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface; and; | For example, Recall.ai instructions give steps for utilizing a bot as co-participant in a Microsoft Teams meeting for a meeting recording with the Recall service, including: <br><br> ## Recording Behavior <br><br> **No recording permission** is needed for Microsoft Teams calls. <br><br> This means that as long as the bot is in the call, it will be able to record. <br><br> ## Joining Behavior <br><br> By default, Microsoft Teams bots will need to be let in from the lobby. <br><br> Authenticated Teams bots are still subject to any lobby settings enabled by the host. For instance, the host can still require that *all* participants enter through the waiting room. <br><br> (Recall.ai, *Teams Overview*, https://docs.recall.ai/docs/microsoft-teams (last visited June 24, 2025).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:** **1[c]** registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface; and; | Recall.ai's bot registers the virtual participant processes with the conferencing system as co-participants in virtual conferences by, for example, scanning or manipulating the Document Object Model (DOM) of video conferencing services and interacting with web pages that they expose. For example, Microsoft Teams has a graphical web interface that both users and bots can interact with:  |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[c]** registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface; and; | The fact that Recall.ai's bots use the DOM to interact with at least some videoconferencing systems is shown by the fact that Recall.ai integrates with video conferencing platforms that do not provide an official API of their own. (See AiHuntList, *Recall.ai,* https://aihuntlist.com/tool/recall-ai ("Recall.ai can operate on any platform using just the meeting link, even if there is no official API available for that platform." (last visited June 27, 2025)); Unreal Speech, *Output Media API by Recall.ai,* https://unrealspeech.com/ai-apps/output-media-api-by-recall-ai ("Recall.ai can operate even on platforms without an official API, requiring only the meeting link to function.") (last visited June 27, 2025).)<br><br>Both Microsoft Teams and Google Meet do not have their own APIs. As Recall.ai notes, "Google Meet does not have an API, and also can only live stream to either a special Google Meet application or YouTube. Microsoft Teams does offer RTMP streaming, however has no API to configure this."  (David Gu, *How to live stream the video from Zoom, Microsoft Teams, and Google Meet video conferences*, Recall.ai (Jan. 4, 2023), https://web.archive.org/web/20230922040627/https://www.recall.ai/post/how-to-live-stream-the-video-from-zoom-microsoft-teams-and-google-meet-video-conferences (Jan. 4, 2023).) |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[c]** registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface; and; | Recall.ai offers two types of Microsoft Teams bots: Native and Web<br><br>## MS Teams Web<br><br>The MS Teams Web bot is recommended for most customers. Important characteristics and limitations of this bot:<br><br>• No installation needed<br>• Can record even when user isn't the host<br>• Can record even if the user isn't on a paid plan<br>• Gets one combined audio stream from all users with active speaker events<br>• Works on both personal and business MS Teams accounts<br>    • Click here for more information on the different types of MS Teams accounts<br><br>Recall.ai's documentation recommended using its "Teams Web bots" to join Microsoft Teams meetings. (Recall.ai, *Teams Overview*, https://web.archive.org/web/20240619080022/https://docs.recall.ai/docs/microsoft-teams.)<br><br>Web bots like Recall.ai's use the DOM of the web interface presented by Microsoft Teams to emulate human interactions with the graphical user interface presented on that web interface. |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[c]** registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface; and; | Google Meet likewise has a graphical web interface that both users and bots can interact with:<br><br><br><br>Recall.ai explains that to create a bot that connects to Google Meet, it is necessary to "[l]aunch an instance of the Google Meet client in a web browser" and thereby interact with the web interface presented by Google Meet: |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[c]** registering the virtual participant processes with the conferencing system as co-participants in the virtual conferences by emulating human interactions with a graphical user interface; and; | To create a meeting bot, here is what you need to do:<br><br>1. Spin up a server. We recommend AWS, GCP, or Digital Ocean.<br>2. Launch an instance of the Google Meet client in a web browser.<br>3. Once you have the Google Meet client launched, use the WebRTC protocol to extract the video and audio streams.<br>4. This will return the video in I420 raw video frames and audio in F32LE raw audio data, so you'll need to encode the audio and video yourself afterwards.<br>5. Once you have one instance of this working, you'll need to scale this across several servers if you want to run multiple bots simultaneously, which is required to have bots for multiple meetings.<br><br>(Amanda Zhu, *How to Integrate with Google Meet*, Recall.ai (Dec. 5, 2022) https://www.recall.ai/post/how-to-integrate-with-google-meet (last visited June 24, 2025).) That technique emulates human interactions with the graphical user interface presented by Google Meet.<br><br>As reflected in the above instructions, Recall.ai actively induces infringement by instructing and encouraging its customers to perform the claimed method.<br><br>Recall.ai induces infringement under 35 U.S.C. § 271(b) by providing the Accused Product, which are sold and specifically configured to infringe, as explained in this chart, to end-user customers in the United States. Recall.ai actively instructs and encourages its end-user customers on how to use the Accused Product, including through its API Documentation and Guides, tutorials, and advertising.<br><br>When used as instructed, Recall.ai's end-user customers use these products to practice the method of the '409 patent and directly infringe Claim 1 of the patent. Recall.ai induces such infringement by providing the Accused Product and instructions, knowing of the '409 patent. Recall.ai specifically intends that its actions will result in infringement of Claim 1 of the '409 patent, or subjectively believes that there is a high probability that facts constituting direct infringement of Claim 1 exist but has taken deliberate actions to avoid learning of those facts.. |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **1[d]** recording information streams of the human participants using the virtual participant processes. | Recall.ai provides a method of conference recording that comprises recording information streams of the human participants using the virtual participant processes.<br><br>For example, Recall.ai supports bots recording web conferences:<br><br>For example, Recall.ai instructions give steps for utilizing a bot for a meeting recording with the Recall service, including:<br><br><br><br>(Recall.ai, *Quickstart: Record a meeting using a bot,* https://docs.recall.ai/docs/quickstart (last visited June 24, 2025)). |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[d]** recording information streams of the human participants using the virtual participant processes. | Recall.ai's instructions also give steps for recording a meeting with the Recall service, including:<br><br><br><br>(Recall.ai, *Quickstart: Record a meeting using a bot,* https://docs.recall.ai/docs/quickstart (last visited June 24, 2025)). |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---------|--------------------------|
| **Cont'd:**<br>**1[d]** recording information streams of the human participants using the virtual participant processes. | Recall.ai's instructions also give steps for retrieving a meeting recording with the Recall service, including:<br><br><br><br>(Recall.ai, *Quickstart: Record a meeting using a bot,* https://docs.recall.ai/docs/quickstart (last visited June 24, 2025)). |

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:**<br>**1[d]** recording information streams of the human participants using the virtual participant processes. | <br><br>(Recall.ai, *Receive a Recording*, https://web.archive.org/web/20250512184120/https://docs.recall.ai/docs/receive-a-recording.)<br><br><br><br>(Recall.ai, *Getting Started with Recall*, https://docs.recall.ai/docs/getting-started (last visited June 24, 2025).) |

27

**Exhibit B - Infringement Claim Chart for U.S. Patent No. 9,699,409**

| Claim 1 | Recall.ai's Infringement |
|---|---|
| **Cont'd:** **1[d]** recording information streams of the human participants using the virtual participant processes. |  |



(Recall.ai, *Recording Control*, https://docs.recall.ai/docs/recording-control (last visited June 24, 2025).)

As reflected in the above instructions, Recall.ai actively induces infringement by instructing and encouraging its customers to perform the claimed method.

Recall.ai induces infringement under 35 U.S.C. § 271(b) by providing the Accused Product, which are sold and specifically configured to infringe, as explained in this chart, to end-user customers in the United States. Recall.ai actively instructs and encourages its end-user customers on how to use the Accused Product, including through its API Documentation and Guides, tutorials, and advertising.

When used as instructed, Recall.ai's end-user customers use these products to practice the method of the '409 patent and directly infringe Claim 1 of the patent. Recall.ai induces such infringement by providing the Accused Product and instructions, knowing of the '409 patent. Recall.ai specifically intends that its actions will result in infringement of Claim 1 of the '409 patent, or subjectively believes that there is a high probability that facts constituting direct infringement of Claim 1 exist but has taken deliberate actions to avoid learning of those facts.