TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
IAN A. BENNETT (CA SBN 346555)
IBennett@mofo.com
CLINTON W. EWELL (CA SBN 353961)
CEwell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant
HYPERDOC INC. d/b/a RECALL.AI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GONG.IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYPERDOC INC. D/B/A RECALL.AI, <br><br> Defendant. | Case No. 5:25-cv-1026-NW <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** <br><br> Judge: Hon. Noël Wise |

Pursuant to N.D. Cal. Civil Local Rule 6-2, Defendant Hyperdoc Inc. d/b/a Recall.ai ("Recall") and Plaintiff Gong.io, Inc., ("Gong") file this stipulated request for an order changing time to request that:

1. The deadline for Recall to serve Invalidity Contentions (Patent L.R. 3-3 and 3-4) be extended four days from September 22, 2025 to September 26, 2025. Recall requests this extension to accommodate Defense Counsel's limited availability due to their preparation and related travel for the jury trial in the matter *Attentive Mobile Inc. v. Stodge Inc. d/b/a Postscript*, C.A. No. 23-87-CJB (D. Del.), which proceeded on August 25, 2025 through August 29, 2025, in Wilmington, DE.

The prior time modifications in the case were rescheduling the Case Management Conference (ECF No. 19), a stipulated extension for Recall to respond to the Complaint (ECF No. 23), two stipulated adjustments to the case schedule (ECF Nos. 37, 40), and a stipulated extension for Recall to file and serve its Reply in Support of its Motion to Dismiss the Amended Complaint (ECF No. 46).

The proposed modification does not affect any other scheduled event in this case, including hearing dates, discovery cutoffs, dispositive motion deadlines, or trial.

Pursuant to Civ. L.R. 6-2, a supporting declaration is attached.

| | |
|---|---|
| Dated: September 17, 2025 | MORRISON & FOERSTER LLP |
| | By: */s/ Joyce C. Li* <br> Joyce C. Li |
| | *Attorneys for Defendant* <br> HYPERDOC INC. d/b/a RECALL.AI |
| Dated: September 17, 2025 | ORRICK, HERRINGTON & SUTCLIFF LLP |
| | By: */s/ Raghav Krishnapriyan* <br> Raghav Krishnapriyan |
| | *Attorneys for Plaintiff* <br> GONG.IO, INC. |

**Attestation Re Electronic Signatures**

I, Joyce Li, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 17, 2025

By: */s/ Joyce C. Li*
Joyce C. Li

**[PROPOSED] ORDER**

Good cause appearing, Gong.io, Inc and Hyperdoc Inc. d/b/a Recall.ai's Request for Order Changing Time is **GRANTED**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

By: _____
Honorable Noël Wise
United States District Judge

STIPULATED REQUEST FOR ORDER
CHANGING TIME                                              4
Case No. 5:25-cv-1026-NW