TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

*Attorneys for Defendant*
HYPERDOC INC. d/b/a RECALL.AI

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
RAGHAV KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  415.773.5700
Facsimile:  415773.5759

*Attorneys for Plaintiff*
GONG.IO, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GONG.IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYPERDOC INC. d/b/a RECALL.AI, <br><br> Defendant. | Case No. 5:25-cv-1026-NW <br><br> **JOINT STATEMENT REGARDING HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO THE COURT'S POLICY OF ENCOURAGING OPPORTUNITIES FOR JUNIOR LAWYERS** <br><br> Judge:  Hon. Noël Wise |

1  Defendant Hyperdoc Inc. d/b/a Recall.ai ("Recall") and Plaintiff Gong.io ("Gong") hereby submit this joint statement regarding the hearing on Recall's Motion to Dismiss the First Amended Complaint ("Motion"), which the Court has set for October 1, 2025.

In view of the Court's Standing Order welcoming and encouraging oral argument by less-experienced attorneys,[1] the parties respectfully request that the Court consider holding oral argument on this Motion. Should the Court grant oral argument, counsel intends to have Joyce Li, an associate attorney with 7 years of experience, present argument on behalf of Recall, and Samantha Leff, an associate attorney with 3 years of experience and who has not previously argued in Federal Court, present argument on behalf of Gong.

Counsel also agree to mutually waive the "one attorney" rule and respectfully request that a more experienced attorney be allowed to assist the less experienced attorney during the argument, if needed to protect their respective client interests—which greatly assists counsel in persuading their clients to allow oral argument opportunities for less experienced attorneys.

Dated: September 26, 2025                    MORRISON & FOERSTER LLP


                                             By: /s/ Timothy Chen Saulsbury
                                                 Timothy Chen Saulsbury

                                                 *Attorneys for Defendant*
                                                 HYPERDOC INC. d/b/a RECALL.AI

---

[1] Standing Order for All Civil Cases Before District Judge Noël Wise, Section N (available at https://cand.uscourts.gov/wp-content/uploads/judges/wise-nw/NW-CivilStandingOrder_05-06-25.pdf).

Dated: September 26, 2025

ORRICK, HERRINGTON & SUTCLIFF LLP

By: */s/ Clement S. Roberts*
 Clement S. Roberts

*Attorneys for Plaintiff*
GONG.IO, INC.

JOINT STATEMENT RE HEARING
3:25-CV-1026-NW

3

**Attestation Re Electronic Signatures**

I, Timothy Saulsbury, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 26, 2025

By: */s/ Timothy C. Saulsbury*
Timothy C. Saulsbury

JOINT STATEMENT RE HEARING
3:25-CV-1026-NW

1