| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (SBN 209203) |
| | croberts@orrick.com |
| 2 | RAGHAV KRISHNAPRIYAN (SBN 273411) |
| | rkrishnapriyan@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 5 | T:      +1 415 773 5700 |
| | F:      +1 415 773 5759 |
| 6 | |
| | GERALD E. PORTER (SBN 344396) |
| 7 | gporter@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 120 Broadway, 4th Floor |
| | Santa Monica, CA 90401 |
| 9 | T:      +1 310 633 2800 |
| 10 | SAMANTHA M. LEFF (*Pro Hac Vice*) |
| | sleff@orrick.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 51 West 52nd Street |
| 12 | New York, NY 10019 |
| | T:      +1 212 506 5000 |
| 13 | F:      +1 212 506 5151 |
| 14 | *Attorneys for Plaintiff* GONG.IO, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GONG.IO, INC., | | Case No. 5:25-cv-01026-NW |
| | Plaintiff, | **GONG.IO, INC.'S NOTICE OF FILING MOTION HEARING MATERIALS** |
| | v. | Judge:      Hon. Noël Wise |
| HYPERDOC INC. d/b/a RECALL.AI, | | |
| | Defendant. | |

1 | Pursuant to the Standing Order for All Civil Cases Before District Judge Noël Wise, Plaintiff Gong.io, Inc. ("Gong") respectfully notifies the Court that it is filing, by electronic submission, the materials that Gong presented at the October 1, 2025 Motion Hearing, attached as Exhibit A to this Notice.

Dated: October 6, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Clement S. Roberts*
Clement S. Roberts
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700

*Attorney for GONG.IO, INC.*