CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
RAGHAV KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
T: +1 415 773 5700
F: +1 415 773 5759

GERALD E. PORTER (SBN 344396)
gporter@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
120 Broadway, 4th Floor
Santa Monica, CA 90401
T: +1 310 633 2800

SAMANTHA M. LEFF (Pro Hac Vice)
sleff@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
T: +1 212 506 5000
F: +1 212 506 5151

*Attorneys for Plaintiff*
GONG.IO, INC.

TIMOTHY CHEN SAULSBURY
(CA SBN 281434)
TSaulsbury@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
IAN A. BENNETT (CA SBN 346555)
IBennett@mofo.com
CLINTON W. EWELL (CA SBN 353961)
CEwell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

*Attorneys for Defendant*
HYPERDOC INC. d/b/a RECALL.AI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GONG.IO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYPERDOC INC. D/B/A RECALL.AI,<br><br>Defendant. | Case No. 5:25-cv-1026-NW<br><br>**STIPULATED REQUEST FOR DISMISSSAL AND [PROPOSED] ORDER**<br><br>Judge: Hon. Noël Wise |

Pursuant to Fed. R. Civ. P. 41(a)(2), and in view of the Court's Order Granting Motion to Dismiss with Leave to Amend (ECF No. 60), Plaintiff Gong.io, Inc. ("Gong") and Defendant Hyperdoc Inc. d/b/a Recall.ai ("Recall") hereby file this stipulated request for an order dismissing Gong's infringement claims, wherein:

1. Gong's infringement claims arising from claims 1-12 of U.S. Patent No. 9,699,409 ("the '409 patent") are dismissed with prejudice; and
2. Gong's infringement claims arising from claims 13-23 of the '409 patent are dismissed without prejudice.

Dated: October 24, 2025                                    ORRICK, HERRINGTON & SUTCLIFF LLP

By: */s/ Raghav Krishnapriyan*
Raghav Krishnapriyan

*Attorneys for Plaintiff*
GONG.IO, INC.

Dated: October 24, 2025                                    MORRISON & FOERSTER LLP

By: */s/ Joyce C. Li*
Joyce C. Li

*Attorney for Defendant*
HYPERDOC INC. d/b/a RECALL.AI

**Attestation Re Electronic Signatures**

I, Joyce Li, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 24, 2025

By: _/s/ Joyce C. Li_
Joyce C. Li

# [PROPOSED] ORDER

Plaintiff Gong.io, Inc. and Defendant Hyperdoc Inc. d/b/a Recall.ai's Stipulated Request for Dismissal is **GRANTED**.

Plaintiff's infringement claims arising from claims 1-12 of U.S. Patent No. 9,699,409 ("the '409 patent") are dismissed with prejudice.

Plaintiff's infringement claims arising from claims 13-23 of the '409 patent are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:

By: _____
Honorable Noël Wise
United States District Court Judge